```
 1  ADAM GORDON
    United States Attorney
 2  Jeffrey D. Hill
    Special Assistant U.S. Attorney
 3  California Bar No. 235258
    Office of the U.S. Attorney
 4  880 Front Street, Room 6293
    San Diego, CA 92101
 5  Tel: (619) 546-7924
    Fax: (619) 546-0450
 6  Email: Jeffrey.Hill@usdoj.gov

 7  Attorneys for the United States of America
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 25-cr-02999-TWR |
|---|---|---|
| v. | ) | **UNITED STATES OF AMERICA'S MOTION TO DISMISS THE INFORMATION** |
| TOMAS REVELES-DE LA TORRE, | ) | |
| aka Tomas Reveles Enriquez, | ) | |
| Defendant. | ) | |

The UNITED STATES OF AMERICA, by and through its counsel, ADAM GORDON, United States Attorney, and Jeffrey D. Hill, Special Assistant United States Attorney, respectfully requests, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, that the Court dismiss, without prejudice, the Information filed in the above-entitled case as to the defendant, TOMAS REVELES-DE LA TORRE, aka Tomas Reveles Enriquez ("Defendant"). The United States makes this motion in the interest of justice, after receiving information from the Bureau of Prisons that Defendant passed away on or about November 18, 2025, at the Metropolitan Correctional Center.

DATED:  November 20, 2025

Respectfully submitted,
ADAM GORDON
United States Attorney

*Jeffrey D. Hill*
_____
JEFFREY D. HILL
Special Assistant U.S. Attorney