FILED
NOV 24 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TOMAS REVELES-DE LA TORRE,<br>aka Tomas Reveles-Enriquez,<br>Defendant. | Criminal Case No. 25-cr-02999-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

This matter comes before the Court on the United States' motion to dismiss the Information filed in this case.

IT IS HEREBY ORDERED that the Information in the above-captioned case is DISMISSED WITH PREJUDICE for the reason stated in the motion and incorporated herein by reference.

IT IS FURTHER ORDERED that all future hearings scheduled in the above-captioned case are vacated.

SO ORDERED AND ADJUDGED.

DATED: 11/24/25

HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE